IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BLUE WATER BALTIMORE, INC., et al., :

    Plaintiffs, :

v. :     Civil Action No. GLR-17-1253

ANDREW WHEELER, et al., :

    Defendants. :

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 22nd day of March, 2019, hereby:

ORDERED that Plaintiffs' Motion for Summary Judgment (ECF No. 38) is GRANTED;

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (ECF No. 39) is DENIED;

IT IS FURTHER ORDERED that EPA's denial of Plaintiffs' Petition is VACATED and this matter is REMANDED to the Agency for further proceedings consistent with the foregoing Memorandum Opinion; and

IT IS FURTHER ORDERED that the Clerk CLOSE this case.

                                                          /s/
                                                  _____
                                                  George L. Russell, III
                                                  United States District Judge